**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| SCOTT SHECKARD and MARGARET SHECKARD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OVERBY-SEAWELL COMPANY and FULTON BANK, N.A.,<br><br>Defendants. | Civil Action No.:<br>1:22-cv-03708-SDG |

**DEFENDANT FULTON BANK, N.A.'S CONSENT MOTION FOR
EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Fulton Bank, N.A. ("Fulton"), in accordance with Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's Standing Order Regarding Civil Litigation, Section (h.) (Dkt. No. 4), respectfully requests that this Court extend Fulton's time to respond to Plaintiffs Scott and Margaret Sheckard's ("Plaintiffs") Class Action Complaint (Dkt. No. 1) until and including November 7, 2022.  In support, Fulton states as follows:

1.     On September 14, 2022, Plaintiffs filed a Class Action Complaint against Defendants Overby-Seawell Company ("OSC") and Fulton Bank, N.A. in

this Court. (Dkt. No. 1.)

2.    Fulton was served on September 19, 2022.

3.    Fulton's current deadline to answer or otherwise respond to Plaintiffs' Class Action Complaint is October 10, 2022.

4.    This action is the first filed of two currently pending actions against OSC and Fulton before this Court based on the same underling factual allegations relating to a data security incident involving Fulton's vendor, OSC.  (The other case is *West v. Overby-Seawell Co. and Fulton Bank, N.A.*, No. 1:22-cv-03858-SDG, filed Sept. 26, 2022).

5.    Fulton requests a four-week extension of time to more fully assess the allegations and claims made against Fulton in the Class Action Complaint and to prepare its response to them, which Fulton anticipates will be a motion to dismiss under Federal Rule of Civil Procedure 12.

6.    Pursuant to this Court's Standing Order Regarding Civil Litigation, Section (h.) and Fed. R. Civ. P. 6(b), Fulton submits that good cause is shown for the requested extension of time to respond to the Class Action Complaint.

7.    Fulton has not requested an extension of deadlines before, this request is not sought for the purpose of delay, and no party will be prejudiced by the relief sought in this motion.

8.    Undersigned counsel conferred with counsel for Plaintiffs about the requested extension, and Plaintiff's counsel consented to and does not oppose the relief sought in this motion.

9.    Fulton therefore respectfully asks this Court to extend the time to respond to the Class Action Complaint through and including November 7, 2022.

10.    In addition, and as required under this Court's Standing Order Regarding Civil Litigation, Section (h.), Plaintiffs and Fulton (collectively, the "Parties") submit the proposed briefing schedule for Fulton's anticipated motion to dismiss:

 a.  Fulton's Deadline to file a Motion to Dismiss: **November 7, 2022**.

 b.  Plaintiffs' Deadline to file a Response in opposition to the Motion to Dismiss: **December 5, 2022**.

 c.  Fulton's Deadline to file a Reply in support of its Motion to Dismiss: **December 19, 2022**.

11.    The Parties request these deadlines to account for the complexity of this case and the upcoming holidays.

12.    The Parties do not submit this request for the purposes of delay, and no party will be prejudiced by the briefing schedule proposed in this motion.

Dated: October 6, 2022.

*Respectfully submitted,*

/s/ Christopher A. Wiech
Christopher A. Wiech
Ga Bar No. 757333
Chelsea M. Lamb
Ga Bar No. 524879
**BAKER & HOSTETLER LLP**
1170 Peachtree Street NE, Suite 2400
Atlanta, GA 30309-7676
Telephone: (404) 459-0050
Facsimile: (404) 459-5734
cwiech@bakerlaw.com
clamb@bakerlaw.com

**Attorneys for Defendant**
**Fulton Bank, N.A.**

*Consented to by:*

/s/ Ben Barnow
Ben Barnow (*admitted pro hac vice*)
Anthony L. Parkhill (*admitted pro hac vice*)
Riley W. Prince (*admitted pro hac vice*)
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago IL 60606
Telephone: 312.621.2000
Facsimile: 312.641.5504
b.barnow@barnowlaw.com
aparkhill@barnowlaw.com
rprince@barnowlaw.com

James M. Evangelista
Ga Bar No. 707807
Kristi Stahnke McGregor
Gar Bar No. 674012
**EVANGELISTA WORLEY, LLC**
500 Sugar Mill Road, Ste. 245A
Atlanta, GA 30350
Telephone: (404) 205-8400
jim@ewlawllc.com

**Attorneys for Plaintiffs**

## <u>RULE 7.1(D) CERTIFICATE</u>

The undersigned counsel for Defendant Fulton Bank, N.A. certifies that this document has been prepared using Times New Roman 14-point font in accordance with Local Rule 5.1(C) of the United States District Court for the Northern District of Georgia.

Dated: October 6, 2022

*/s/ Christopher A. Wiech*
Christopher A. Wiech
Georgia Bar No. 757333

## CERTIFICATE OF SERVICE

I certify that on this day, I served a copy of the foregoing on counsel through the Court's CM/ECF system, which will automatically provide a copy to all counsel of record.

Dated: October 6, 2022.

*/s/ Christopher A. Wiech*
Christopher A. Wiech
Ga Bar No. 757333