IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT SHECKARD and MARGARET SHECKARD, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OVERBY-SEAWELL COMPANY and FULTON BANK, N.A.,<br><br>Defendants. | Civil Action No.:<br>1:22-cv-03708-SDG |

## ORDER

Considering Defendant Fulton Bank, N.A.'s Unopposed Motion to Stay, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court extends Defendant Fulton Bank, N.A.'s time to file a reply in support of its motion to dismiss until and including 20 days following a ruling by the JPML and stays all other case deadlines until further notice.

**IT IS SO ORDERED.**

Dated: __DECEMBER 21__, 2022.

_____
Honorable Steven D. Grimberg
United Stated District Court Judge